# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Great American Insurance Company of New York

                              Plaintiff,

v.                                                              Case No.: 1:08−cv−03921

                                                                Honorable Amy J. St. Eve

Advance Ocean Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Parties are instructed to re−file and notice for presentment any motions that were previously pending in the Southern District of New York. Parties should also re−file any briefs relating to any previously pending motions. Said re−filings should be completed by 8/8/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.