## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 08 C 3921** |
| **v.** | ) ) | **Judge Amy J. St. Eve** |
| **ADVANCE OCEAN INC., NIPPON YUSEN KAISHA, NYK (NORTH AMERICA) INC., BURLINGTON NORTHERN SANTA FE CORPORATION, BNSF RAILWAY COMPANY, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,** | ) ) ) ) ) ) ) ) ) | **Magistrate Judge Keys** |
| **Defendants.** | ) ) | |

## NOTICE OF MOTION

TO:    *All Counsel of Record*

PLEASE TAKE NOTICE that on **Tuesday, August 26, 2008, at 8:30 a.m.**, or as soon thereafter as can be heard, counsel for the undersigned party will appear before the Honorable Judge St. Eve in Room 1241, and then and there present the attached **MOTION TO DISMISS**. You may appear and be heard if you choose to do so.

Respectfully submitted,

ADVANCE OCEAN INC., defendant,

s/ Timothy S. McGovern

Its attorney

Michael A. Snyder
Timothy S. McGovern
Snyder McGovern, LLC
12750 S. Harlem Ave.
Suite 2A
Palos Heights, Illinois 60463
Tel.: (708) 448-9700
Fax: (708) 448-9750

## <u>CERTIFICATE OF SERVICE</u>

I, Timothy S. McGovern, attorney, certify that I served a true copy of the foregoing **NOTICE OF MOTION** on this 8th day of August, 2008, on all parties that have appeared, via this Court's ECF System and via U.S. Mail.

_____
s/ Timothy S. McGovern