**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 3921 |
|---|---|
| GREAT AMERICAN INS. CO. OF NEW YORK | |
| v. | |
| ADVANCE OCEAN INC., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ADVANCE OCEAN INC.

| NAME (Type or print) |
|---|
| Timothy S. McGovern |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Timothy S. McGovern |
| FIRM |
| Snyder McGovern LLC |
| STREET ADDRESS |
| 12750 S. HARLEM AVE., STE. 2A |
| CITY/STATE/ZIP |
| Palos Heights, IL 60463 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275492 | (708) 448-9700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐