**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Great American Insurance Company of New York
                                                            Plaintiff,

v.                                                          Case No.: 1:08−cv−03921
                                                            Honorable Amy J. St. Eve

Advance Ocean Inc., et al.
                                                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 26, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/26/2008. Pursuant to settlement, this case is hereby dismissed with prejudice. All pending dates, deadlines and motions are stricken. Civil case terminated. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.