UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
------------------------------------------------------------X
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

              Plaintiff,                    1:08-CV-3921

    -against-

ADVANCE OCEAN INC., NIPPON YUSEN
KAISHA, NYK LINE (NORTH AMERICA)        STIPULATION AND
INC., BURLINGTON NORTHERN SANTA FE     CONSENT ORDER OF
CORPORATION, BNSF RAILWAY COMPANY,   DISMISSAL,
THE BURLINGTON NORTHERN AND SANTA    RULE 41(a)(2),
FE RAILWAY COMPANY,                            F.R.CIV.P.

              Defendants.               Judge: Amy J. St. Eve
------------------------------------------------------------X

WHEREAS the parties have reported that this action has been settled subject to payment, it is hereby

ORDERED that said action be and hereby is dismissed with prejudice and without costs, with the Court retaining jurisdiction until the settlement is consummated pursuant to the terms of the parties' settlement agreement.

Dated:     August 26, 2008

| KINGSLEY KINGSLEY & CALKINS | SNYDER MCGOVERN, LLC |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| | Advance Ocean Inc. |
| By: _____/s/_____ | By:_____/s/_____ |
|    STEVEN P. CALKINS |    TIMOTHY S. MCGOVERN |
|    91 West Cherry Street |    12750 S. Harlem Ave. |
|    Hicksville, New York 11801 |    Palos Heights, IL 60463 |
|    (516) 931-0064 |    (708) 448-9700 |

                                        LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendants Nippon Yusen Kaisha, NYK Line, Burlington Northern Santa Fe Corp., BNSF, etc.

By: _____/s/_____
     RONALD E. JOSEPH
     120 Broadway, 27th Floor
     New York, NY 10006
     (212) 238-4800

SO ORDERED,

_____
United States District Court Judge

Dated: August 26, 2008